# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S), <br> v. <br> DEFENDANT(S). | CASE NUMBER: <br><br> **NOTICE OF REASSIGNMENT** <br> **OF EASTERN DIVISION REMOVAL CASE** |

To:   All Counsel Appearing of Record and/or Pro Se Litigant(s)

YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to the Honorable _____, U. S. District Judge for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read: _____. This is very important because documents are routed by the initials.

Clerk U.S. District Court

_____            By: _____
Date                                              Deputy Clerk

**Traditionally filed subsequent documents must be filed at the   ☐ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

cc:   ☐ *Previous Judge*      ☐ *Statistics Clerk*

CV-106 (10/09)            NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE