UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:14-cv-01511-SVW-AJW | Date | November 24, 2014 |
|---|---|---|---|
| Title | Mark Allen Andrews v. Nationstar Mortgage LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald H. Freshman (Appearing by telephone) | Macey Amy Chan |

**Proceedings:**  [31]  MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Nationstar Mortgage LLC, The Bank of New York Mellon Corporation
[37] JOINDER in MOTION to Dismiss Plaintiff's Second Amended Complaint 31 filed by Defendant Title 365 Insurance Company

 The hearing is continued to December 1, 2014 at 1:30 p.m.  Plaintiff's counsel is ordered to attend in person.

| | : | 10 |
|---|---|---|
| | Initials of Preparer | PMC |