UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:14-cv-01511-SVW-AJW | Date | December 1, 2014 |
|---|---|---|---|
| Title | Mark Allen Andrews v. Nationstar Mortgage LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Ronald H Freshman | Macey Amy Chan | |

**Proceedings:**   [31]  MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Nationstar Mortgage LLC, The Bank of New York Mellon Corporation
[37] JOINDER in MOTION to Dismiss Plaintiff's Second Amended Complaint 31 filed by Defendant Title 365 Insurance Company

   Hearing held.  The Court orders defendant to make a motion to dismiss for lack of jurisdiction, and sets the following schedule:

   Filing of the Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 8, 2014
   Opposition  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 15, 2014
   Reply  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 22, 2014

   Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 5, 2015 at 1:30 p.m.

|   | : | 24 |
|---|---|---|
|   | Initials of Preparer | PMC |