UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:14-cv-01511-SVW-AJW | Date | January 5, 2015 |
|---|---|---|---|
| Title | Mark Allen Andrews v. Nationstar Mortgage LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Ronald H. Freshman | Macey Amy Chan | |

**Proceedings:** [31] MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Nationstar Mortgage LLC, The Bank of New York Mellon Corporation
[37] JOINDER in MOTION to Dismiss Plaintiff's Second Amended Complaint 31 filed by Defendant Title 365 Insurance Company
[43] MOTION to Dismiss Case Plaintiff's Second Amended Complaint filed by Defendant Title 365 Insurance Company

Hearing held. The motions are submitted. Order to issue.

: 19

Initials of Preparer     PMC